UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cv-60399-JEM

PEGGY JOSEPH, etc.

    Plaintiff,

v.

MORTAZA A. YAMINI, D.D.S., P.A, et al.

    Defendants.
_____/

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendants MORTAZA A. YAMINI, D.D.S., PA. and MORTAZA A. YAMINI move to dismiss the action for lack of jurisdiction because the $500,000 annual gross sales threshhold of the Fair Labor Standards Act (FLSA) has not been met.

*/s/ Steve Polatnick*

STEVE POLATNICK

Attorney for Defendants
10691 Kendall Dr. Ste. 101
Miami, FL 33176
Tel. 305-595-0424
Fax 305-595-0438
spolatnick@bellsouth.net

## MEMORANDUM OF LAW

29 U.S.C. §203(s) defines an enterprise covered by the FLSA as one

"whose annual gross volume of sales made or business done is not less than $500,000".

As documented in the Exhibits attached, the gross volumes of sales of Defendants are as follows:

2010 to date; $101,942.08; 2009; $349,632.19; 2008; $293,335.00

Therefore, the instant complaint must be dismissed for lack of jurisdiction.

**Freund Katz Goldston Young & Co., P.A.**
3111 University Drive
Suite 720
Coral Springs, Florida 33065
954-345-8666-Tel
954-755-3766-Fax

To the Management of Mortaza A. Yamini, D.D.S., P.A.

We have performed the procedures enumerated below, which were agreed to by the Management of Mortaza A. Yamini, D.D.S., solely to list the company's gross receipts for the periods detailed below. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

| Procedure: | Results: |
|---|---|
| List gross receipts by month January, 2009 through March, 2010. | See schedule attached. |
| Provide copies of monthly bank statements, January, 2009 through March, 2010. | See monthly bank statements attached. |
| Make inquiry of management that all receipts received by the company are deposited in the banks, listed on the attached statements. | Management verified that all receipts received by the company are deposited in the banks listed on the attached statements. |

We were not engaged to and did not conduct an examination, the objective of which would be the expression of an opinion on the listing of the company's gross receipts. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the managements of Mortaza A. Yamini, D.D.S., P.A. and is not intended to be and should not be used by anyone other than these specified parties.

Freund Katz Goldston Young & Co, P.A.

*[signature]*

Mitchell Katz
April 23, 2010

# EXHIBIT A

Moitoza E. Maciel, DDS, PA
DBA Family Dental Care of Hollywood
3911 Hollywood Bldv, Suite 101
Hollywood, FL 33021

|  | Bank of America, N. A. | Citibank, N. A. |  |
|---|---:|---:|---:|
| 01/31/09 | $ 3,669.65 | $ 9,404.30 |  |
| 02/28/09 | 12,193.42 | 16,399.74 |  |
| 03/31/09 | 8,608.98 | 7,002.10 |  |
| 04/30/09 | 7,851.88 | 12,332.95 |  |
| 05/31/09 | 5,662.59 | 25,854.60 |  |
| 06/30/09 | 29,651.64 | 12,714.81 |  |
| 07/31/09 | 11,131.73 | 62,487.65 |  |
| 08/31/09 | 15,402.66 | 29,185.86 |  |
| 09/30/09 | 11,049.99 | 18,197.52 |  |
| 10/31/09 | 9,732.94 | 17,875.51 |  |
| 11/30/09 | 13,425.04 | 6,810.90 |  |
| 12/31/09 | 2,460.73 | 525.00 |  |
| Total | $ 130,841.25 | $ 218,790.94 | $ 349,632.19 |
| 01/31/10 | $ 13,018.86 | 7,851.21 |  |
| 02/28/10 | 31,358.06 | 26,868.22 |  |
| 03/31/10 | 10,613.15 | 12,233.18 |  |
| Total | $ 54,990.07 | $ 46,952.61 | $ 101,942.68 |