UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  10-60399-CIV-MARTINEZ-BROWN**

PEGGY JOSEPH, individually and on behalf of
all others similarly situated,
     Plaintiff,

vs.

MORTAZA A. YAMINI, D.D.S., P.A., a
Florida corporation, and MORTAZA A.
YAMINI, individually,
     Defendants.
                                   /

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Plaintiff's Notice of Unavailability **(D.E. No. 7)**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself with the task of keeping track of the whereabouts of parties or their counsel in every case before it.  If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed.  Therefore, it is hereby:

    **ORDERED AND ADJUDGED** that

    Plaintiff's Notice of Unavailability **(D.E. No. 7)** is hereby **STRICKEN**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of May, 2010.

                                                                
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record